# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DEAN HAGLER,

      Plaintiff,

v.

SUNRISE REAL ESTATE PARTNERS, LLC,
a Domestic Limited Liability Company,
d/b/a BAYMONT INN & SUITES,

      Defendant.

_____/

CIVIL ACTION FILE NO.:
1:15-CV-02058-ELR

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dean Hagler and Defendant Sunrise Real Estate Partners, LLC, d/b/a Baymont Inn & Suites, by and through undersigned counsel, hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are hereby dismissed with prejudice in their entirety, with each party to bear its own costs and fees.

DATED: July 26, 2016

*Signature page to follow*

**Prepared and Consented to By**:

**MATTHEW N. POPE P.C.**

*/s/ Matthew N. Pope, Esq.*
Matthew N. Pope, Esq.
GA Bar No. 584216
843 Second Avenue
P.O. Box 2624
Columbus, Georgia 31901
Tel. 706-324-2521
Fax 706-324-0466
matt@mpopelaw.com

*Counsel for Plaintiff*

**Consented to By:**

**SHEPHERD LAW FIRM**

*/s/ Matthew J. Simmons, Esq.*
Matthew J. Simmons, Esq.
Georgia Bar 197306
(*by Matthew N. Pope
with express permission*)
3353 Peachtree Street
Suite 955
Atlanta, Georgia 30326
T: 404.492.8871
F: 404.287.2739
msimmons@shepherdlaw.net

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DEAN HAGLER,

       Plaintiff,

v.

SUNRISE REAL ESTATE PARTNERS, LLC,
a Domestic Limited Liability Company,
d/b/a BAYMONT INN & SUITES

       Defendant.
_____/

CIVIL ACTION FILE NO.:
1:15-CV-02058-ELR

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day upon counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    This 26th day of July, 2016.

                                        */s/ Matthew N. Pope*
                                        Matthew N. Pope
                                        Georgia Bar No. 584216
                                        Counsel for Plaintiff

842 Second Avenue
P.O. Box 2624
Columbus, Georgia 31901
T: (706) 324-2521
F: (706) 324-0466
E: matt@mpopelaw.com